# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHEILANEE SEN; SHIBANI S. BALSAVER, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES; OFFICER JOHN JIANU (#42586); OFFICER JONATHON JARVIS (#42485); SERGEANT JEANNETTE PELAYO (#38760); OFFICER CHRIS CHOI; OFFICER WILLIAM COOPER; and DOES 1-2, 5-10. <br><br> Defendants. | Case No.: 2:21-cv-02326-SB-KES <br><br> [Assigned to the Honorable Stanley Blumenfeld, Jr. - Courtroom 6C] <br><br> **ORDER RE: JOINT STIPULATION FOR AN ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** <br><br> Complaint Filed:    March 16, 2021 <br> Trial:                      Vacated |

Having considered the Parties' Joint Stipulation for an Order of Dismissal of Entire Action with Prejudice, Dkt. No. 149, the above-captioned action is hereby DISMISSED in its entirety with prejudice. Except as provided in the Settlement Agreement, each Party is to bear its own costs, attorney's fees, and expenses.

**IT IS SO ORDERED.**

Dated:  November 7, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

-1-